OPINION — AG — ***** ABANDONED WELLS — POLLUTION — PLUGGING **** THE CORPORATION COMMISSION CAN USE MONIES IN THE CONSERVATION FUND FOR THE PURPOSE OF PLUGGING ABANDONED OIL WELLS WHERE THERE IS AN DANGER OF POLLUTION FROM SUCH WELL EXISTS AND WHEN THE OPERATOR OF A PARTICULAR LEASE HAS LEFT THE STATE, CANNOT BE LOCATED, OR IS FINANCIALLY UNABLE TO PERFORM SUCH OPERATION. CITE: 68 O.S. 1968 Supp., 1103 [68-1103](C), 68 O.S. 1961 1103 [68-1103], 52 O.S. 1968 Supp., 309 [52-309], 52 O.S. 1968 Supp., 1490153 [52-1490153] (GARY GLASGOW) ** SEE: OPINION NO. 69-245 (1969) ** THIS OPINION WITHDRAWN **